IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS L. DIAZ, *Pro Se*, in his Personal Capacity and
in and for the Estate of Edmundo B. Diaz as
Brother and Personal Representative for the Estate,

    Plaintiff,

vs.                                                        Civ. No. 14-1086 KG/SCY

UNITED STATES ATTORNEY GENERAL OFFICE
ATTORNEY GENERAL:  Mr. ERIC H. HOLDER Jr.,
et al.,

    Defendants.

## ORDER OF PARTIAL DISMISSAL

Having granted the Motion to Dismiss and Memorandum of Law in Support Thereof (Doc. 24) by entering a Memorandum Opinion and Order contemporaneously with this Order of Partial Dismissal,

IT IS ORDERED that all claims against Defendants James Sanchez, Allen Smith, and Charles Sanchez are dismissed with prejudice.

                                                                                         _____
                                                                               UNITED STATES DISTRICT JUDGE