IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS L. DIAZ, *pro se*, in his personal
capacity and in and for the Estate
of Edmundo B. Diaz as brother and personal
representative of the Estate,

    Plaintiff,

vs.                                            Civ. No. 14-1086 KG/SCY

MR. GARY KING, et al.,

    Defendants.

## PARTIAL ORDER OF DISMISSAL AS TO BARELA DEFENDANTS

Having determined to dismiss Plaintiff's claims against Defendants Elias Barela and the Barela Law Firm by a Memorandum Opinion and Order entered contemporaneously with this Partial Order of Dismissal as to Barela Defendants,

IT IS ORDERED that

1. Plaintiff's claims against Defendants Elias Barela and the Barela Law Firm are dismissed without prejudice; and

2. Defendants Elias Barela and the Barela Law Firm are terminated as Defendants in this lawsuit.

_____
UNITED STATES DISTRICT JUDGE