IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS L. DIAZ, *pro se*, in his personal
capacity and in and for the Estate
of Edmundo B. Diaz as brother and personal
representative of the Estate,

      Plaintiff,

vs.                                                      Civ. No. 14-1086 KG/SCY

MR. GARY KING, et al.,

      Defendants.

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

Having granted the Motion to Dismiss and Memorandum of Law in Support Thereof (Doc. 91) by a Memorandum Opinion and Order entered contemporaneously with this Order of Dismissal as to Certain Defendants,

IT IS ORDERED that Plaintiff's claims against Defendants Gary King, Violet Otero, and William Sanchez are dismissed without prejudice for insufficient service of process and lack of personal jurisdiction.

_____
UNITED STATES DISTRICT JUDGE